STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-500 consolidated with 04-499**

**STATE OF LOUISIANA**

**VERSUS**

**JIM HOWARD, JR.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NUMBER 72,319
HONORABLE JOHN PHILIP MAUFFRAY, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Chief Judge Ulysses G. Thibodeaux, Billie Colombaro Woodard, and Oswald A. Decuir, Judges.

**CONVICTION AND SENTENCE AFFIRMED.**

Walter E. Dorroh, Jr.**,** Assistant District Attorney
David W. Burton, District Attorney
28th Judicial District
Post Office Box 1940
Jena, Louisiana 71342
COUNSEL FOR PLAINTIFF/APPELLEE:
	State of Louisiana

Christopher A. Aberle
Louisiana Appellate Project
Post Office Box 8583
Mandeville, Louisiana 70470
(985) 871-4084
COUNSEL FOR DEFENDANT/APPELLANT
	Jim Howard, Jr.

WOODARD, Judge.

For the reasons assigned this day in *State v. Howard*, 04-499, ___So.2d ___ (La.App. 3 Cir. __/__/04), we affirm the Defendant's conviction and sentence.

**CONVICTION AND SENTENCE AFFIRMED.**